# EXHIBIT 1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


_____

FREDERICK WEICHEL,                      )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  )   Civil Action No.
                                        )   1:20-cv-11456-IT
TOWN OF BRAINTREE, et al.,              )
                                        )
        Defendants.                     )
                                        )
_____


    BEFORE THE HONORABLE INDIRA TALWANI, DISTRICT JUDGE


          MOTIONS HEARING BY VIDEOCONFERENCE



                 Wednesday, May 12, 2021
                       10:05 a.m.






John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts


Robert W. Paschal, RMR, CRR
Official Court Reporter
rwp.reporter@gmail.com
```

1    talking about is, essentially, a statute of limitations.  And
2    what the statute of limitations statute says is it's a
3    one-year statute of limitation once the person dies, except
4    that it's a three-year statute of limitations if -- except
5    that you can still have your normal three-year statute of
6    limitation, but you can only recover a judgment from proceeds
7    of insurance or bond and not from the estate.
8              So I sort of understand that to say you don't have
9    a statute -- this defendant doesn't have a statute of
10   limitations defense where it served -- it's being filed -- or
11   where the action is commencing within the three years, but
12   they're protected, and we don't feel badly about going --
13   bringing this action against the estate of a decedent because
14   they don't have to pay anything if there's no coverage.
15             Why isn't that the right way to look at it rather
16   than my having to decide in the first instance if there's
17   coverage?
18             MR. LOEVY-REYES:  Well, I think because it also
19   allows then for the substitution of a party or the naming of
20   an additional individual.
21             THE COURT:  So I don't see -- I don't see the
22   substitution of a party.  What I see here is -- I don't have
23   to decide the final question as to whether there is or isn't
24   liability under the statute.  I have to say, did you meet
25   your statute of limitations?  If you meet your statute of

1  limitations, you can proceed.  And the actions shall be
2  maintained naming the decedent, serve process on the party
3  you think is going to be paying the bill, but you're naming
4  the decedent.  And then we proceed.
5          And then whether the action -- whether you prevail
6  on the action and have some entity to go after gets decided
7  later or whether a motion will come in to knock it out
8  because there's no coverage.
9          But right now, at this sort of front end, to make a
10 determination as to whether there is or isn't coverage
11 seems -- I'm putting far more in -- or appointing someone
12 different.  I mean, I just don't understand why you're not --
13 why you don't proceed against the defendant.  You serve
14 process on the City or -- Boston or Braintree, and then we
15 see what happens next.
16         MR. LOEVY-REYES:  So what you're suggesting, Judge,
17 is serving on the municipality and then -- and then
18 proceeding against those individual deceased defendants?
19         THE COURT:  Yeah.  You've got the individuals
20 named.  You don't have -- right?  They're named in the
21 complaint as it stands.  You serve process on the entity that
22 you're claiming is providing the insurance or bond, and they
23 can proceed as they see fit.
24         If there's concern that someone might be trying to
25 have them ultimately be held responsible, there wouldn't be

```
 1   something to preclude a pretrial motion.  If they think that
 2   they'll deal with it later, they can deal with it later.  But
 3   I don't really -- I mean, I'm certainly not going to enter a
 4   default at this point, because that seems sort of odd.
 5           MR. LOEVY-REYES:  Of course.
 6           THE COURT:  Or maybe I do.  I don't know.  Maybe
 7   they will need to file this on his behalf.  I'm not sure.  I
 8   haven't thought that through.  But it just seems to me
 9   premature to say that the action gets knocked out without
10   someone establishing that this doesn't apply.
11           So, now, the defendant city and town have argued to
12   me that I should make that decision, in a sense, already
13   on -- based on Sections 9, 9A and 13.  So let me -- let me
14   just sort of tell you where I'm -- what I'm thinking about
15   here, and maybe you can all respond.  It does seem that there
16   is no argument that Section 13 applies.  Does plaintiff agree
17   with that?
18           MR. LOEVY-REYES:  I'd have to go back and look and
19   see what Section 13 is again, Judge.  I'm sorry.
20           THE COURT:  Well, as I understand it, you have
21   three sections.  And only one of them -- 9 -- the City's
22   claim applies to them; and they're asserting that's a
23   discretionary, not mandatory --
24           MR. LOEVY-REYES:  Oh, I'm so sorry, Judge.  I was
25   thinking we were looking still at the -- at the statute that
```

1  a CBA.
2              THE COURT:  I agree with you.  But the question
3  isn't can he enforce a CBA.  The question is -- as I read
4  this, what the Massachusetts legislature has said is,
5  normally, there's a three-year statute of limitations for
6  these claims.  If someone dies, we're going to make it a
7  one-year statute of limitations because we don't want to go
8  after the estate.  But you know what?  We don't need to waver
9  from the normal three years if someone else is going to hold
10 the bag.
11             And so he prevails on this case.  And one of two
12 things can happen.  Either -- let's assume he has facts here
13 to prevail.  You could have one of two things that happen.
14 One is you maybe have successfully knocked this out ahead of
15 time coming in and saying, "He has no right to make us pay,"
16 or it might be that he wins at judgment, and everybody in the
17 world is judgment-proof because the estate is judgment-proof,
18 and the City now comes in and says, "Yeah, that's fine.  You
19 won that, but there's nobody to pay because we're not going
20 the pay."
21             But it just seems that question is too early to
22 decide today.  I don't know whether it would be appropriately
23 done as a pretrial motion or a post trial motion.  But it
24 seems to me it's a question that all we're saying here is
25 there's statute of limitations that bars this claim, except

1  that the claim can proceed, but only to -- he can't get any
2  money from anyone unless there's somebody who has an
3  obligation to pay it.
4       So if you say, "We don't have an obligation to pay
5  it" -- I mean, maybe you're going to decide that what
6  happened here was not -- you know, maybe what happened here
7  isn't the way the facts are that plaintiff is saying, and
8  there's no claim here whatsoever.  Maybe, at the end of the
9  day, you say "Look, the facts here, if it turns out there was
10 this really terrible claim, and it was our intent that this
11 type of thing should be covered" -- I don't know.  But it's
12 not today's fight, I think.  It's not -- he's not -- you're
13 not liable.  You're not on the hook.  He's got to prove each
14 of these steps.
15      The question is, can you kick him out of court
16 today?  And I don't see how you kick him out at this point
17 even if you might be able to kick him out down the road.
18      MR. OUELLETTE:  Your Honor, may I be heard on
19 behalf of Braintree?
20      THE COURT:  Absolutely.
21      MR. OUELLETTE:  So Braintree is on different
22 footing here.  If the manner in which the plaintiff is
23 seeking to proceed against the Town of Braintree is under the
24 potential of there being a collective bargaining agreement
25 where the Town of Braintree has obligated itself to indemnify

```
 1    its employees, because we all agree they have not adopted
 2    Section 13 and do not have any additional obligation to do
 3    so, I don't think we need to have claims go against the
 4    deceased defendants or the Town of Braintree for a very long
 5    time to discover whether or not that is so.
 6              We attached collective bargaining -- first of all,
 7    we have produced several collective bargaining agreements as
 8    part of discovery in this case already through the initial
 9    disclosures.  It's the plaintiff's burden to demonstrate, in
10    order to get around the special one-year statute of
11    limitations, the existence of a liability bond --
12              THE COURT:  So that's your -- I understand that you
13    framed it that way, that they have to meet these three steps
14    to be allowed to proceed.  My read of the statute is there's
15    a one-year or a three- -- there's -- the three-year gets
16    knocked down to a one-year, except that it's allowed to
17    proceed as a three-year claim.  There's just no money unless
18    there's money somewhere else outside of the estate.
19              So if you can -- so I'm not going to -- I don't see
20    that this is a decision that I make here on a motion,
21    essentially a motion for summary -- for a motion to dismiss
22    or -- I don't know.  I mean, I -- you know, frankly,
23    plaintiff -- I don't think plaintiff needed my permission for
24    this.  And I'm not making a definitive ruling on any
25    liability whatsoever.
```

1                What I'm saying is he can file his -- under this
2      statute, the way I read it, he has his claim.  I'm not
3      substituting anybody else in.  I'm not substituting you.  He
4      serves the process on the people he thinks are liable.
5                And then if your answer is there's no way, you
6      know, you file a pretrial motion, file -- whether it's a
7      motion for summary judgment, but you -- this idea that he has
8      the burden of proving that, at the end of the day, there will
9      be someone for him to pay, I don't see that as a pleading
10     burden.
11               MR. OUELLETTE:  Well, Your Honor, I would say that
12     in order to get around the one-year statute of limitations,
13     there has to be some way to proceed against those three
14     defendants.  And if --
15               THE COURT:  And I'm saying there's a three-year
16     statute of limitations.  That's the difference of how we're
17     looking at this.  There's a three-year statute of
18     limitations, but you can't go against an estate except for
19     the first year.  That's the way I see it, and he's within the
20     three-year statute of limitations.  He's not going to get a
21     dollar from anyone if you guys aren't on the hook for it.
22     But I don't see how that is his obligation here today.
23               MR. OUELLETTE:  Then, Your Honor, I guess we -- we
24     have produced in discovery collective bargaining agreements,
25     I believe, from 1978 through 1984, none of which include any

```
 1   obligation to indemnify employees.  I would suggest then,
 2   once -- if the Town is served, under the uniform probate
 3   code, as the party who is allegedly issuing a liability bond
 4   from which judgment can be recovered, then the -- we would
 5   file something.  I'm not sure how it would go.  I guess we
 6   would file it either on behalf of the Town or on behalf --
 7   because the Town is really the party in interest, not the
 8   individual defendants -- to dismiss based on that.
 9          It's a little --
10          THE COURT:  And if you were to do that -- I mean,
11   this is what I would suggest, because I don't want
12   unnecessary litigation here.  I don't want unnecessary
13   parties here.  I just don't think it's appropriate to simply
14   say, "Well, they haven't alleged anything, so they can't do
15   this, so they haven't met their burden."
16          So my suggestion here is you've exchanged -- I
17   don't know what you've exchanged for your initial
18   disclosures, but make sure you've exchanged what you think
19   here might be what you want to use in front of me.  You
20   confer with each other before you file a motion.  And if
21   plaintiff is opposing it still, you file a motion, early
22   motion for summary judgment on this issue.
23          And plaintiff can then come back and tell me what
24   it is that he thinks is going to be a basis for why he has a
25   claim.  I mean, I'm not saying that he wins here.  I'm
```

1    simply -- it's just a procedural question.  You're asking me
2    to decide that there's no obligation, when I have some
3    contracts.  I don't have very many of them.  And I just
4    don't -- I mean, I just don't feel like I have what I would
5    normally decide on a motion for summary judgment record.
6              And I understand what you're saying.  It's his
7    burden, and I agree.  It's -- ultimately, he's not going to
8    get a penny from these defendants until he meets his -- until
9    he proves his case and proves coverage, both things.  And I'm
10   not precluding you from shortening that ahead of time.  I'm
11   just saying that I'm not going to do that on the outset.
12             As far as I'm concerned he didn't need my
13   permission to go ahead and do this.  And so I'm not ruling on
14   the merits of, is there liability, by any means, or is there
15   a lien?  That's not what's in front of me.  And it seems that
16   that there's no dispute that there's nothing under 9A or 13.
17             But whether there's something under 9, by virtue of
18   collective bargaining agreements, is premature for me to
19   figure out.  He claims there is.  He can go ahead and file
20   this thing and serve you.  And if you think that's wrong, you
21   know, again, confer with each other before you file a motion.
22   If you're able to convince him, you don't need to waste your
23   time trying to convince me.
24             But if you can't convince him, then you file your
25   motion, and I'm not saying you have to wait till the end of

1  discovery to do it.  I'm saying you should disclose your --
2  what you're planning to rely on, and you should confer with
3  him.
4          MR. OUELLETTE:  Your Honor, I would also suggest
5  that, in order to proceed under the uniform probate code
6  (d)(2), the plaintiff needs to demonstrate that there is no
7  personal representative and there is no estate for any of the
8  deceased individuals.
9          And that's more than a simple procedural step,
10 because what's happening here is the plaintiff didn't sue the
11 defendants.  They're deceased.  He sued their estates.  I
12 think there would need to be some sort of substitution to
13 proceed against the individuals rather than the estates.  And
14 what we're -- what we're looking at here is a significant
15 consequence.  It's whether or not claims against three
16 different individuals can go forward.
17         So I suppose the Town would move, if they were
18 served, to dismiss in a similar manner that they have now
19 with maybe some additional information regarding the CBAs.
20 But the plaintiff also, in order to proceed against any one
21 of them and get around the one-year statute of limitations
22 under the probate code, to go under (d)(2), they have to show
23 that there is no personal representative and that no estate
24 exists; otherwise, they would have to go under through the
25 typical process.

1   access to the information.  They don't give me the

2   information.  There's nothing I can do to assist plaintiff's

3   counsel with the retirement board.  I get the same -- we'll

4   get the same response that counsel will receive, which is, as

5   you said, to issue a subpoena.  They don't turn information

6   over to the -- my department.

7           THE COURT:  And all I'm saying is that while you

8   don't have the retirement information, I don't know that

9   means that you don't have other information.  I don't know

10  where the City of Boston ends their updated employee

11  information.  Lots of places will update their employee

12  things and send people Christmas cards.  I don't know.

13          But let's -- if you have the information, let's get

14  it out.  Let's not waste our time on -- let's not waste our

15  time on trying to get the right parties in front of me.

16          So you need to try to locate people.  If no

17  estate -- if no representative was ever appointed, then it

18  sounds like we need to -- you'll need to ask to amend the

19  complaint to have the action proceed with the defendant --

20  the decedent as the defendant rather than the estate, and

21  we'll proceed that way.

22          MR. LOEVY-REYES:  Thank you, Judge.

23          THE COURT:  Okay.  So I still have Mr. Whelan's

24  claim.

25          So for the City of Boston and the Town of